**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 88 WAL 2019

           Respondent              :

                            :    Petition for Allowance of Appeal from
                            :    the Order of the Superior Court

           v.                    :

                            :

ORLANDO CURRY SMITH, JR.,            :

                            :

           Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 28th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.